BEALL & BURKHARDT
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Counsel for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Frances Michael Fitzgerald,<br><br>            Debtor. | Bk. No. 9:09-bk-12110-RR<br>Chapter 7<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY AND DISMISSAL OF CASE**<br>Date:  December 14, 2010<br>Time:  10:00 a.m.<br>Place: 1415 State Street<br>       Courtroom 201<br>       Santa Barbara, CA 93101 |

TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Jerry Namba, as Chapter 7 Trustee, is seeking approval of his request that this Court approve his proposed compromise with the debtor and the group of interested parties headed by John Gray, to resolve all disputed issues and to dismiss the within Chapter 7 case. The agreement provides, briefly, for all actions between the debtor and his related parties on the one side, and Mr. Gray and his related parties on the other, to dismiss all actions, for Mr. Fitzgerald and the estate to transfer to the Gray parties all interests in Ninn Worx

1

SR, Inc., for Ninn Worx SR to transfer to the debtor the rights to various creative material once created by the debtor, for the unsecured claims not related to either side to be paid in full, and for the fees of the Trustee and his counsel to be paid.

Any creditor wishing to review the Motion may examine the copy on file with the United States Bankruptcy Court, 1415 State Street, Santa Barbara, California, 93101, or may request a copy from the undersigned. Any objection to the Motion should be in writing, filed with the court and served upon the United States Trustee and the undersigned not later than fourteen (14) prior to the date of the hearing. Any objection not so filed and served may be deemed waived.

Respectfully submitted,

Dated:    November 10, 2010    BEALL & BURKHARDT

By: /s/ William C. Beall
William C. Beall, Counsel for Jerry Namba

| In re:<br>Frances Michael Fitzgerald, | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 9:09-bk-12110-RR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY AND DISMISSAL OF CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/10/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  Patti H Bass     ecf@bass-associates.com
  Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
  Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
  J Rudy Freeman    rfreeman@linerlaw.com
  Jacqueline A Gruber    ecfcacb@piteduncan.com
  Christopher J Langley    clangley@cookseylaw.com
  Jerry Namba (TR)    jnambaepiq@earthlink.net, jnamba@ecf.epiqsystems.com
  Timothy J Silverman    tim@sgsslaw.com
  Ramesh Singh    claims@recoverycorp.com
  Peter Susi    cheryl@msmlaw.com, peter@msmlaw.com
  United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 11/10/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/10/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy:**
Honorable Robin Riblet
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/10 | Natalie A. Spilborghs | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

**Service List**

American Express Bank
P.O. Box 3001
Malvern, PA 19355-0701

Chase Auto
14800 Frye Road
Fort Worth, TX 76155-2732

Citi
Shell
P.O. Box 6497
Sioux Falls, SD 57117-6497

Gemb/wlmrtdc
P.O. Box 981400
El Paso, TX 79998-1400

Mercedes Benz
P.O. Box 685
Roanoke, TX 76262-0685

Wachovia
794 Davis Court
San Leandro, CA 94577-6922

Ninn Worx Sr., Inc.
c/o Peter E. Garrell, Esq.
Liner Grode Stein Yankelevitz Sunshine
1100 Gelndon
14th Floor
Los Angeles, CA 90024-3518

Chase
800 Brooksedge Boulevard
Westerville, OH 43081-2822

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Darlene C. Duke
1335 American Way
Nipomo, CA 93444-7800

HSCB/Best Buy
P.O. Box 15521
Wilmington, DE 19850-5521

PYOD LLC
Citibank
c/o Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Frances Michael Fitzgerald
1335 American Way
Nipomo, CA 93444-7800

BAC Home Loans
450 American Street
Simi Valley, CA 93065-6285

Chase
Bank One Card Services
Westerville, OH 43081

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Mercedes Financial
P.O. Box 9001680
Louisville, KY 40290-1680

**Debtor's Attorney:**
Timothy C. Riley
Law Office of Timothy C. Riley
524 Dobins Drive
San Gabriel, CA 91775