**BEALL & BURKHARDT**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Trustee

**FILED & ENTERED**

DEC 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY chackel  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re

Francis Michael Fitzgerald,

                Debtor.

)  Bk. No. 9:09-bk-12110-RR
)  Chapter 7
)
)  **ORDER ON MOTION TO COMPROMISE**
)  **AND DISMISSING CHAPTER 7 CASE**
)
)  Date:  December 14, 2010
)  Time:  10:00 a.m.
)  Place: 1415 State Street
)         Courtroom 201
)         Santa Barbara, CA 93101

This cause came on for hearing on December 14, 2010, at 10:00 a.m. in the United States Bankruptcy Court, 1415 State Street, Courtroom 201, Santa Barbara, CA 93101.  William C. Beall appeared on behalf of Trustee Jerry Namba, Peter Garrell of Liner, Grode etc. and Peter Susi of Michaelson, Susi & Michaelson appeared on behalf of N Worx Media, Inc. and related parties, and Frances Michael Fitzgerald appeared in pro per.  Having considered the files and records in the case, together with the arguments of counsel,

IS HEREBY ORDERED that the Settlement Agreement and Mutual Release of Claims attached to the Points and Authorities in

1

1  support of the motion is approved and the Trustee is authorized to
2  enter into the agreement and make the payments contemplated
3  therein.
4      IT IS FURTHER ORDERED that Chapter 7 case is dismissed.
5
6      IT IS SO ORDERED.
7
8  # # #
9  # # #
10 # # #
11 # # #
12 # # #
13 # # #
14 # # #
15
...
25 DATED: December 22, 2010          *Robin Riblet*
                                    United States Bankruptcy Judge

2

| In re: | CHAPTER: 7 |
|---|---|
| Francis Michael Fitzgerald,    Debtor(s) | CASE NUMBER: 9:09-bk-12110-RR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described **ORDER ON MOTION TO COMPROMISE AND DISMISSING CHAPTER 7 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 12/15/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Frances Michael Fitzgerald
1335 American Way
Nipomo, CA 93444

Peter Susi
Michaelson, Susi & Michaelson
7 West Figueroa Street
2nd Floor
Santa Barbara, CA 93101

Office of the US Trustee
21051 Warner Center Drive
Suite 115
Thousand Oaks, CA 91367

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/15/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Email:**
Peter Susi    cheryl@msmlaw.com, peter@msmlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/15/10 | Natalie A. Spilborghs | /S/ Natalie A. Spilborghs |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

| In re: | CHAPTER: 7 |
|---|---|
| Francis Michael Fitzgerald,            Debtor(s) | CASE NUMBER: 9:09-bk-12110-RR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO COMPROMISE AND DISMISSING CHAPTER 7 CASE** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 12/15/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    William C Beall - artyc@aol.com
    Office of the U.S. Trustee- ustpregion16.nd.ecf@usdoj.gov
    Peter Susi     cheryl@msmlaw.com, peter@msmlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

    Frances Michael Fitzgerald
    1335 American Way
    Nipomo, CA 93444

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9021-1.1**